IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNACIO HUMANN, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | No. 07 C 7165 |
| v. ) ) | Judge Andersen |
| ORESTES GARCIA d/b/a North & Elston Amoco ) ) ) | Magistrate Judge Nolan |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I Sherry Joseph, paralegal, hereby certifies under penalties of perjury under 28 U.S.C. § 1746 that on February 5, 2008, I electronically filed the attached *Executed Waiver of Service of Summons on Behalf Orestes Garcia d/b/a North & Elston Amoco* with the Clerk of the Court using the CM/ECF system.

/s/ Sherry Joseph