TCC:jp 080221

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IGNACIO HUMANN, individually and on behalf all others similarly situated,

        Plaintiff,

v.

ORESTES GARCIA d/b/a North & Elston Amoco,

        Defendant.

No. 07 C 7165

Judge Anderson

Magistrate Judge Nolan

OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant, Orestes Garcia, and North & Elston Amoco, Inc., the owner and operator of North & Elston Amoco, hereby offer to allow judgment to be taken against Orestes Garcia and North & Elston Amoco, Inc. in favor of the plaintiff, Ignacio Humann, and all putative class members and similarly situated persons, in the total amount of $4,000.00 (four thousand dollars) plus costs and reasonable attorney's fees accrued.

        s/ Thomas C. Crooks
        Thomas C. Crooks
        Attorney for Defendant

Thomas C. Crooks
Attorney at Law
Three First National Plaza, #1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220

## CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2008, I electronically filed the foregoing Offer of Judgment with the United States District Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                         s/ Thomas C. Crooks
                                         Thomas C. Crooks
                                         Attorney for Defendant

Thomas C. Crooks
Attorney at Law
Three First National Plaza, #1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220