TCC:jp 080221

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IGNACIO HUMANN, individually and on behalf
all others similarly situated,

                Plaintiff,

   v.                                  No. 07 C 7165

ORESTES GARCIA d/b/a North & Elston Amoco,     Judge Anderson

                Defendant.                    Magistrate Judge Nolan

## NOTICE OF FILING

To:    Counsel of Record

      Please take notice that on February 22, 2008, I electronically filed with the United States District Court for the Northern District of Illinois, Defendant's Offer of Judgment, a copy of which will be served upon you via the court's electronic filing system.

                                             s/ Thomas C. Crooks
                                             Thomas C. Crooks
                                             Attorney for Defendant

Thomas C. Crooks
Attorney at Law
Three First National Plaza, #1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220

CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2008, I electronically filed the foregoing with the United States District Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                        s/ Thomas C. Crooks
                                        Thomas C. Crooks
                                        Attorney for Defendant

Thomas C. Crooks
Attorney at Law
Three First National Plaza, #1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220