TCC:jp 3/19/08

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IGNACIO HUMANN, individually and on behalf all others similarly situated,

      Plaintiff,

  v.

ORESTES GARCIA d/b/a North & Elston Amoco,

      Defendant.

No. 07 C 7165

Judge Andersen

Magistrate Judge Nolan

MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

  Now comes the defendant, Orestes Garcia, d/b/a North & Elston Amoco, and moves for an extension of time, to and including April 30, 2008, to answer or otherwise plead. In support of this motion plaintiff states as follows:

  1. Defendant executed a Waiver of Service of Summons on or about January 30, 2008. Defendant's responsive pleading was due on March 4, 2008.

  2. Shortly after appearing defendant began discussing settlement with plaintiff's counsel. Those conversations are ongoing. In order to facilitate settlement the parties hope to keep attorney's fees to a minimum and, thus, no responsive pleading has yet been filed.

  WHEREFORE, plaintiff prays that he be granted until April 30, 2008 to answer or otherwise plead.

              s/ Thomas C. Crooks_____
              Thomas C. Crooks
              Attorney for Defendant

Thomas C. Crooks
Attorney at Law
Three First National Plaza, #1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile: (312) 641-5220

1

CERTIFICATE OF SERVICE

      I hereby certify that on March 19, 2008, I electronically filed the foregoing with the United States District Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                            s/ Thomas C. Crooks
                                            Thomas C. Crooks
                                            Attorney for Defendant

Thomas C. Crooks
Attorney at Law
Three First National Plaza, #1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220