TCC:kr 3/19/08

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IGNACIO HUMANN, individually and on behalf
all others similarly situated,

                Plaintiff,

     v.

ORESTES GARCIA d/b/a North & Elston Amoco,

                Defendant.

No. 07 C 7165

Judge Andersen

Magistrate Judge Nolan

## NOTICE OF MOTION

To:    Lance A. Raphael
       Consumer Advocacy Center, P.C.
       180 W. Washington
       Suite 700
       Chicago, IL 60602

Please take notice that on Thursday, April 3, 2008, at 9:00 a.m. I shall appear before Hon.

Judge Wayne R. Anderson, in Room 1403, United States District Court for the Northern District

of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and present Defendant's Motion to Extend

Time to Answer or Otherwise Plead, a copy of which is attached hereto and served upon you.

March 19, 2008

                           s/Thomas C. Crooks
                             Thomas C. Crooks
                             Attorney for Defendant

Thomas C. Crooks
Attorney at Law
Three First National Plaza, #1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing Notice of Motion and Defendant's Motion to Extend Time to Answer or Otherwise Plead CM/ECF system which will send notification of such filing to the counsel of record.


March 19, 2008                                          s/Thomas C. Crooks
                                                       Thomas C. Crooks


\\Ma01\Data - Client\Crooks, Thomas\Garcia, Oresta\Motions\notice of motion, to extend time to file answer or otherwise plead.doc