TCC:jp 050508

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IGNACIO HUMANN, individually and on behalf all others similarly situated, | |
| Plaintiff, | |
| v. | No. 07 C 7165 |
| | Judge Andersen |
| ORESTES GARCIA d/b/a North & Elston Amoco, | Magistrate Judge Nolan |
| Defendant. | |

DEFENDANT'S MOTION TO DISMISS

Now comes the defendant, Orestes Garcia, by and through his attorney, Thomas C. Crooks and moves this court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss plaintiff's complaint for failure to state a cause of action. In support of this motion, defendant states as follows:

1.　Plaintiff brings this action under the Electronic Funds Transfer Act ("EFTA"), 15 U.S.C., § 1693 *et seq.* and its supporting Regulation E, 12 C.F.R. § 205 *et seq.*

2.　15 U.S.C. § 1693(b), upon which plaintiff's claim is based, requires ATM machines to provide certain notice to consumers. The statute requires first a notice be placed "on the machine" which informs the consumer "that a fee is imposed by such operator for providing this service." Secondly, the act requires that a notice be presented to the consumer "on the screen" of the machine informing the consumer of "the amount of any such fee."

3.　In his complaint plaintiff alleges that he was charged a fee of $2.50 to withdraw money from the ATM. (Complaint, para. 9).

4.　Plaintiff alleges further that the notice on the "outside of ATM A503550 stated that consumers would be charged a $2.00 fee for using ATM A503550." (Complaint, para 10).

1

Plaintiff makes no allegation with regard to the accuracy of the fee on the ATM screen. Plaintiff alleges no violation of the statute's requirement that the amount of the fee be made known to the consumer on the ATM screen.

5. This motion presents the issue of whether a violation of § 1693(b) exists where the consumer has been given notice on the outside of the machine that a fee will be charged (though the amount indicated was inaccurate) when the consumer is informed of the correct fee charged on the screen of the ATM at a time when the consumer is still able to withdraw from use of the ATM without paying a fee.

6. It is defendant's position that when the notice of a fee on the outside of the machine inaccurately states the amount of the fee, such information should be treated as surplusage, i.e., information not required by the statute, in those cases where the correct fee is accurately stated on the screen.

7. Defendant is mindful that this issue was presented to the Honorable Paul E. Plunkett in the case *Burns v. First American Bank*, 04 C 7682 and that following a lengthy discussion in which the court applied analogous reasoning from other statutes, the court denied the defendants' motion to dismiss. (Memorandum Opinion and Order of the Honorable Paul E. Plunkett, attached).

8. Nevertheless, the question of whether or not these facts present a violation of § 1693(b), has never been addressed by the Seventh Circuit Court of Appeals, nor, to defendant's knowledge, has any other circuit addressed this question.

9. Because plaintiff has failed to allege that the defendant either (1) failed to provide notice on the outside of the ATM machine that a fee would be charged, or (2) that the defendant failed to provide notice of the amount of such fee on the ATM screen, plaintiff has not stated a

claim for relief under § 1693(b) and the complaint should be dismissed.

Wherefore, defendant prays that plaintiff's complaint be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and for such further relief as this court deems just.

        Respectfully submitted,

        s/ Thomas C. Crooks_____
        Thomas C. Crooks
        Attorney for Defendant

Thomas C. Crooks
Attorney at Law
Three First National Plaza, #1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2008, I electronically filed the foregoing with the United States District Court using the CM/ECF system which will send notification of such filing to counsel of record.

        s/ Thomas C. Crooks_____
        Thomas C. Crooks
        Attorney for Defendant

\\Ma01\Data - Client\Crooks, Thomas\Garcia, Oresta\Motions\Motion to dismiss.doc