TCC:jp 080505

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IGNACIO HUMANN, individually and on behalf
all others similarly situated,

                Plaintiff,

v.                           No. 07 C 7165

ORESTES GARCIA d/b/a North & Elston Amoco,     Judge Andersen

                Defendant.         Magistrate Judge Nolan

## NOTICE OF MOTION

To:    Lance A. Raphael
       Consumer Advocacy Center, P.C.
       180 W. Washington
       Suite 700
       Chicago, IL 60602

Please take notice that on Thursday, May 22, 2008, at 9:00 a.m. I shall appear before Hon. Judge Wayne R. Andersen, in Room 1403, United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and present Defendant's Motion to Dismiss, a copy of which is served upon you via the court's CM/ECF system.

                                                        s/Thomas C. Crooks
                                                          Thomas C. Crooks
                                                          Attorney for Defendant

Thomas C. Crooks
Attorney at Law
Three First National Plaza, #1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile: (312) 641-5220

CERTIFICATE OF SERVICE

    I hereby certify that on May 5, 2008, I caused the foregoing to be served via the court's CM/ECF system which will send notification of such filing to the counsel of record.

                                                   s/Thomas C. Crooks
                                                    Thomas C. Crooks

\\Ma01\Data - Client\Crooks, Thomas\Garcia, Oresta\Motions\notice of motion, motion to dismiss.doc