UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ignacio Humann
                     Plaintiff,

v.                                    Case No.: 1:07−cv−07165
                                           Honorable Wayne R. Andersen

Orestes Garcia
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

       MINUTE entry before Judge Honorable Wayne R. Andersen:Defendant's motion to dismiss[12] is entered and briefed as follows:Responses due by 6/20/2008, Replies due by 7/7/2008. Ruling will be made by mail. Parties need not appear in court on May 22, 2008.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.