IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IGNACIO HUMANN, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 7165 |
| v. | ) ) | Judge Andersen |
| ORESTES GARCIA d/b/a North & Elston Amoco, | ) ) ) | Magistrate Judge Nolan |
| Defendant. | ) | |

### NOTICE OF FILING

To:   See Certificate of Service

PLEASE TAKE NOTICE that on June 20, 2008, the undersigned counsel filed *Plaintiff's Response to Defendant's Motion to Dismiss*, a copy of which is attached hereto and hereby served upon you, with the Clerk of the Court using the CM/ECF system.

Respectfully submitted,

By: /s/ Lance A. Raphael
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

## CERTIFICATE OF SERVICE

I, Sherry Joseph, hereby certify under penalties of perjury as provided under 28 U.S.C. § 1746 that I served the attached *Plaintiff's Response to Defendant's Motion to Dismiss*, which will provide notice via the CM/ECF system to the following counsel of record:

Thomas C. Crooks
70 W. Madison St.
Three First National Plaza
Suite 1950
Chicago, IL 60602

/s/ Sherry Joseph
Sherry Joseph, paralegal