TCC:jp 080707

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IGNACIO HUMANN, individually and on behalf
all others similarly situated,

                Plaintiff,

   v.                                    No. 07 C 7165

                                              Judge Andersen

ORESTES GARCIA d/b/a North & Elston Amoco,
                                              Magistrate Judge Nolan

                Defendant.

## NOTICE OF FILING

To:    Lance A. Raphael
        Consumer Advocacy Center, P.C.
        180 W. Washington
        Suite 700
        Chicago, IL 60602

       Please take notice that on July 7, 2008, I filed with the United States District Court for the Northern District of Illinois Defendant's Reply in Support of His Motion to Dismiss, a copy of which is served upon you via the court's CM/ECF system.

                                                          s/Thomas C. Crooks
                                                              Thomas C. Crooks
                                                              Attorney for Defendant

Thomas C. Crooks
Attorney at Law
Three First National Plaza, #1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220

CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2008, I caused the foregoing to be served via the court's CM/ECF system which will send notification of such filing to the counsel of record.

                                                  s/Thomas C. Crooks
                                                    Thomas C. Crooks

notice of filing, reply