TCC:kr 9.12.08 1:47 pm

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IGNACIO HUMANN, individually and on behalf all others similarly situated,<br><br>                    Plaintiff,<br>  v.<br><br>ORESTES GARCIA d/b/a North & Elston Amoco,<br><br>                    Defendant. | No. 07 C 7165<br><br>Judge Andersen<br><br>Magistrate Judge Nolan |

## NOTICE OF FILING

To:    Lance A. Raphael
           Consumer Advocacy Center, P.C.
           180 W. Washington
           Suite 700
           Chicago, IL 60602

Please take notice that on September 12, 2008, I electronically filed with the United States District Court for the Northern District of Illinois, Defendant's Answer and Affirmative Defenses, a copy of which will be served upon you via the court's electronic filing system.

                                              s/ Thomas C. Crooks
                                              Thomas C. Crooks
                                              Attorney for Defendant

Thomas C. Crooks
Attorney at Law
Three First National Plaza, #1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220

CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2008, I electronically filed the foregoing with the United States District Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                                                            s/ Thomas C. Crooks
                                                                            Thomas C. Crooks
                                                                            Attorney for Defendant

Thomas C. Crooks
Attorney at Law
Three First National Plaza, #1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220